UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-20399-UU

VICTOR ARIZA,

    Plaintiff,

v.

USPA GLOBAL LICENSING, INC.,

    Defendant.

_____/

<b><u>ORDER</u></b>

THIS CAUSE is before the Court upon mediator Robert A. Dulberg's Mediation Report (the "Notice"). D.E. 25. The Court having reviewed the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this __22d__ day of June, 2020.

                                              _____
                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

copies provided: counsel of record